UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAMMY RUTH,

        Plaintiff,

v.

Case No. 8:10-cv-01276-EAK-MAP

CLIENT SERVICES, INC. and JOHN DOE,

        Defendants.

_____/

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action that the above cause be dismissed with prejudice to the plaintiff, Tammy Ruth, each party to bear its own costs and attorney's fees.

DOUBERLEY & CICERO
Attorneys for Client Services, Inc.
1000 Sawgrass Corporate Parkway, Suite 590
Sunrise, FL 33323
(305) 820-8490 Fax (305) 820-8491

By: _____
Matthew A. Rabin
Florida Bar No: 810681

THE GOLDEN LAW GROUP
Attorneys for Plaintiff,
808-A Oakfield Drive
Brandon, FL 33511
(813) 413-8700

By: _____
G. Donald Golden, Esq.
Florida Bar No: 137080